IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MURRY JUQAN MUHUMMAD**                                   PLAINTIFF
**ADC #257034**

VS.                               4:21-CV-00738-BRW-JTK

**GREORIC HAMPTON,** *et al*.                                    DEFENDANTS

### ORDER

Willie Murry JuQan Muhummad's Motion to Dismiss Defendant Brian Perkins (Doc. No. 25) is GRANTED. FED. R. CIV. P. 41(a). Defendant Perkins is DISMISSED without prejudice as a party to this action. All other relief requested is DENIED. Plaintiff is directed to request the "Grievances dated Dec 6, 2019" directly from Defendants.

IT IS SO ORDERED this  7th  day of March, 2022.


                                                  BILLY ROY WILSON
                                    UNITED STATES DISTRICT JUDGE