IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MURRY JUQAN MUHUMMAD,**  **PLAINTIFF**
**ADC #097878**

VS.  4:21-CV-00738-BRW-JTK

**GENE HAMPTON, et al.**  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Defendants' Motion for Summary Judgment (Doc. No. 45) is GRANTED as to Plaintiff's official capacity claims.

2. Defendants' Motion for Summary Judgment (Doc. No. 45) is GRANTED as to Plaintiff's personal capacity claims against Defendant Taylor.

3. Defendants' Motion for Summary Judgment (Doc. No. 45) is DENIED as to Plaintiff's personal capacity claims against Defendant Hampton.

DATED this 20th day of March, 2023.

                                                              BILLY ROY WILSON
                                                       UNITED STATES DISTRICT JUDGE