IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIE MURRY JUQAN MUHUMMAD                                    PLAINTIFF

v.                          No. 4:21-cv-738-DPM

GENE HAMPTON, COI Security, Varner
Supermax; WILLIE TAYLOR, COI
Security, Varner Supermax; and BRIAN
PERKINS, Sergeant, Varner Supermax                             DEFENDANTS

## JUDGMENT

Muhummad's complaint is dismissed with prejudice. The Court retains jurisdiction until 10 November 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2025