IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By: _____
                              DEP CLERK

WILLIE MURRY JUQAN MUHUMMAD
ADC #097878                                                          PLAINTIFF

v.                              No. 4:21-cv-738-DPM

GENE HAMPTON, COI Security, Varner
Supermax; WILLIE TAYLOR, COI
Security, Varner Supermax; and BRIAN
PERKINS, Sergeant, Varner Supermax          DEFENDANTS

ORDER

Muhummad's motion, *Doc. 108*, is denied.  The Court no longer has jurisdiction over this case.  *Doc. 105*.  The Court directs the Clerk to send Muhummad a copy of the docket sheet and the Judgment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____17 June 2026_____